United States District Court
*Middle District of Georgia*
Columbus Division

| | |
|---|---|
| MICHELE DIMMOCK, )<br>)<br>and )<br>)<br>DURON DIMMOCK )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO-CULVER USA, INC. )<br>)<br>)<br>and )<br>)<br>WAL-MART STORES EAST, LP )<br>)<br>and )<br>)<br>DOE CORPORATIONS 1 -5, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.: _4:08-cv-10 (CDL)_<br><br><br>JURY TRIAL DEMANDED |

**MOTION TO STAY PROCEEDINGS/EMERGENCY LEAVE OF ABSENCE**

COMES NOW David B. Ross, Attorney for Plaintiff in this matter and moves this honorable court to stay all proceedings in this matter until April 8, 2008 for the following reasons:

1.

Counsel's wife is having major surgery on February 8, 2008 that involves the removal of a kidney. The recovery time is expected to be two months. Counsel intends to take care of his wife and young children during this period of recovery.

WHEREFORE, Counsel moves that all proceedings be stayed and the time to respond to discovery, motions or to submit a discovery plan be enlarged accordingly.

*S:David B. Ross*
David B. Ross
Bar # 615111
PO Box 1437
Columbus, GA 31902