# United States District Court
*Middle District of Georgia*
Columbus Division

| | |
|---|---|
| MICHELE DIMMOCK, ) <br> ) <br> and ) <br> ) <br> DURON DIMMOCK ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALBERTO-CULVER USA, INC. ) <br> ) <br> ) <br>     and ) <br> ) <br> WAL-MART STORES EAST, LP ) <br> ) <br>     and ) <br> ) <br> DOE CORPORATIONS 1 -5, ) <br> ) <br>     Defendants. ) <br> ) | CIVIL ACTION NO.: 4:08-CV-10(CDL) <br><br><br> JURY TRIAL DEMANDED |

**MOTION TO AMEND COMPLAINT AND MEMORANDUM IN SUPPORT**

COMES NOW the Plaintiffs in this case and move this Honorable Court for leave to amend their Complaint and show as follows:

1.

Since filing the original Complaint the Plaintiffs have gathered additional information about the product that gives rise to additional claims.

2.

The interests of justice way in favor of allowing the Plaintiffs to have all of their claims heard and disposed of according to the merits.

3.

Leave to Amend a Complaint is to be freely granted.

4.

The case is not very far along and no party will be prejudiced by granting Plaintiffs the relief they have requests.

**Memorandum in Support**

Plaintiff requests leave to file an amended supplemental complaint under Rule 15 of the Federal Rules of Civil Procedure, which authorizes a court to grant leave "freely … when justice so requires".

In this case, the Plaintiffs have identified further causes of action based upon their factual and legal consideration of the evidence involved in this case. The Plaintiffs respectfully suggest that granting leave to amend the complaint in this case would serve the interests of justice by allowing all related claims to be disposed of on their merits in one civil action. Finally, the purpose of pleading "is to facilitate a proper decision on the merits" and avoid the dismissal of potentially meritorious claims due to procedural missteps. *Conley v. Gibson*, 355 U.S. 41, 48 (1957).

In the present action, the law suit was recently filed, and no scheduling Order has been entered nor has any discovery been conducted. There is, therefore, no likelihood of prejudice to the defendants in allowing the pleadings to be amended.

**Conclusion**

Based on the foregoing, Plaintiff respectfully requests leave to file an amended complaint in this proceeding that would set forth additional causes of action and clarify matters previously plead.

**[Signature on Following Page]**

BERRY, SHELNUTT, DAY AND HOFFMAN,
*A Professional Corporation*


S:// David B. Ross
David Ross (Ga. Bar No. 615111)
Attorneys for Plaintiffs
PO Box 1437
Columbus, GA 31902
Phone: (706) 324-4343
Fax: (706) 322-9535

# United States District Court
*Middle District of Georgia*
Columbus Division

| | |
|---|---|
| MICHELE DIMMOCK, ) | |
| ) | |
| and ) | |
| ) | |
| DURON DIMMOCK ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: 4:08-CV-10(CDL) |
| v. ) | |
| ) | |
| ALBERTO-CULVER USA, INC. ) | |
| ) | |
| and ) | JURY TRIAL DEMANDED |
| ) | |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| and ) | |
| ) | |
| DOE CORPORATIONS 1 -5, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008 I electronically filed a **MOTION TO AMEND COMPLAINT AND MEMORANDUM IN SUPPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

BERRY, SHELNUTT, DAY AND HOFFMAN,
*A Professional Corporation*

S:// David B. Ross
David Ross (Ga. Bar No. 615111)
Attorneys for Plaintiffs
PO Box 1437
Columbus, GA 31902
Phone: (706) 324-4343
Fax: (706) 322-9535